```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELAICHI ELBOUTE,

                    Plaintiff,

-against-

HIGHGATE HOTELS, L.P./OYO HOTEL TIMES SQ,

                    Defendant.

22-cv-7609 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from the *pro se* Plaintiff dated February 7, 2023. [*See* ECF No. 16.] At Plaintiff's request, the briefing schedule on the pending motion to dismiss is extended as follows:

- Opposition due on or before March 24, 2023; and
- Reply due on or before March 31, 2023.

      As previously stated in this Court's February 2, 2023 Order, this briefing schedule will **not** be stayed pending the resolution of Plaintiff's application for pro bono counsel. [*See* ECF Nos. 15, 18.]

      The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

Dated:   February 15, 2023
           New York, New York

                                                  */s/ Mary Kay Vyskocil*
                                                 **MARY KAY VYSKOCIL**
                                                 **United States District Judge**